UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES L. STACY III,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 3:07-cv-05561-RBL-KLS<br><br><br>ORDER |

    Having reviewed Defendant's motion for remand pursuant to Sentence Six, 42 U.S.C. 405(g), Plaintiff's request for expedited handling on remand, and noting that Defendant does not object to the request for expedited handling given the circumstances presented in this case, it is hereby ORDERED

    (1.)    This case is REMANDED to the Commissioner for a new hearing pursuant to Sentence Six, 42 U.S.C. § 405(g).

    (2.)    On remand, the Appeals Council will expedite handling of the case and return it to the Office of Disability Adjudication and Review within thirty days of the date of this order for assignment to an administrative law judge for a *de novo* hearing.

(3.)   The administrative law judge will expedite the scheduling of the hearing and, absent unforeseen circumstances, will hold the hearing within six months of the date this order.

The Court shall maintain jurisdiction over this case.  If Defendant does not comply with the Court's order for expedited handling of the case on remand or if the outcome of the *de novo* hearing is unfavorable to Plaintiff, Plaintiff may seek judicial review by reinstating this case.

DATED this 18th day of January, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry:

s/Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900
Seattle, Washington  98104
Phone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov