# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES L. STACY III

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5561RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this case is REMANDED to the Commissioner for a new hearing pursuant to Sentence Six, 42 U.S.C. § 405(g).

On remand, the Appeals Council will expedite handling of the case and return it to the Office of Disability Adjudication and Review within thirty days of the date of this order for assignment to an administrative law judge for a *de novo* hearing.

The administrative law judge will expedite the scheduling of the hearing and, absent unforeseen circumstances, will hold the hearing within six months of the date of this order.

The Court shall maintain jurisdiction over this case. If Defendant does not comply with the Court's order for expedited handling of the case on remand or if the outcome of the *de novo* hearing is unfavorable to Plaintiff, Plaintiff may seek judicial review by reinstating this case.

| | |
|---|---|
|   January 22, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/Caroline M. Gonzalez* |
| | Deputy Clerk |