# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES L. STACY III,

            v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. 3:07-cv-05561-RBL-KLS

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) the Court adopts the Report and Recommendation;

(2) the ALJ erred in her decision as described in the Report and Recommendation; and

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings

| February 7, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                *s/ Mary Trent*
                                                Deputy Clerk